Clifton Fred Barnum, Administrator of Estate of Gloria Mae Barnum, Deceased, Appellee, v. George Schmauss, Jr., Appellant.

Gen. No. 9,898.

Heard in this court at the October term, 1943; opinion filed December 28, 1943. Burrell & Burrell and Frank P. North, for appellant; David M. Burrell, of counsel; James Berry and Thomas Simmons, for appellee. Opinion by JUSTICE HUFFMAN. Not to be published in full.

Beryl Jacobson, Administrator of Estate of John Martin Jacobson, Deceased, Respondent, v. Charles Umland and Racelle Flewellin, Petitioners.

Gen. No. 9,907.

Heard in this court at the October term, 1943; opinion filed December 28, 1943. Latham Castle and Edward M. Lawler, for petitioners; Myer H. Gladstone, Ward C. Swalwell and Gordon Moffett, for respondent. Opinion by JUSTICE HUFFMAN. Not to be published in full.